# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**v.**                 **CASE NO.4:17CR00313-BSM**

**ALAN JIMENEZ-TORRES AND TAMARA MULLIGAN**        **DEFENDANT**

## NOTICE OF REASSIGNMENT

The Clerk has been delegated the authority to randomly reassign pending criminal cases that were originally assigned to Judge J. Leon Holmes. This case is now assigned to the docket of Judge Brian S. Miller.

Dated this 1st day of October, 2019.

                                              AT THE DIRECTION OF THE COURT
                                              JAMES W. McCORMACK, CLERK

                                    By:   _Tammy Downs_____
                                            Deputy Clerk